PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

2005 MAY -6 AM 10: 19

DOCKET NUMBER (Tran. Court): 2:95CR20274-001

DOCKET NUMBER (Rec. Court):

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Athen Jones
208 Royal Pine Drive Apt. F
Huntsville, AL 35806

**DISTRICT**: Western District of Tennessee

**DIVISION**: Western

**NAME OF SENTENCING JUDGE**: Honorable Bernice B. Donald

**DATES OF PROBATION/SUPERVISED RELEASE**: FROM 01/31/05 TO 01/30/08

**OFFENSE**: Armed Bank Robbery 18 U.S.C. § 2113 (a) & (d) and 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Tennessee**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Alabama** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-5-05

3-19-2005
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern District of Alabama**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-18-05
Effective Date

Sharon Lovelace Blackburn
United States District Judge

(159)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 159 in case 2:95-CR-20274 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT